| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (Bar # 111536) |
| 2 | GIA L. CINCONE (Bar # 141668) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 576-0200 |
| 4 | Facsimile: (415) 576-0300 |
| | Email: gsgilchrist@townsend.com, glcincone@townsend.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | LEVI STRAUSS & CO. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LEVI STRAUSS & CO., | Case No. C 07-0388 JL |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF LEVI STRAUSS & CO.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| KOMAN SPORTWEAR MANUFACTURING CORPORATION, et al., | |
| Defendants. | CMC Date: May 9, 2007 |
| | CMC Time: 10:30 a.m. |

By notice dated April 17, 2007, this Court continued the previously scheduled case management conference in this action to May 9, 2007, at 10:30 a.m. Plaintiff Levi Strauss & Co. ("LS&CO.") hereby requests that the conference be further continued for an additional four weeks, until June 6, 2007.

This case includes three defendants. LS&CO. has been engaged in active settlement discussions with all defendants since the complaint was filed, and hopes to resolve all of its claims shortly. In light of the circumstances, LS&CO. believes it would be appropriate to continue the Initial Case Management Conference for a sufficient amount of time to allow settlement discussions to proceed and hopefully to conclude successfully.

Accordingly, LS&CO. respectfully requests that the Initial Case Management Conference currently set for May 9, 2007, be continued to June 6, 2007.

Respectfully submitted,

Date: May 4, 2007

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Gia L. Cincone
    GIA L. CINCONE

Attorneys for Plaintiff
LEVI STRAUSS & CO.

### [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that plaintiff Levi Strauss & Co.'s request to continue the Initial Case Management Conference is granted. The Initial Case Management Conference is hereby scheduled for June 6, 2007, at 10:30 a.m.

DATED: May 7, 2007

_____
Hon. James L. ___
Chief ___ Judge

*IT IS SO ORDERED*
Judge James Larson