```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (Bar # 111536)
 2  GIA L. CINCONE (Bar # 141668)
    Two Embarcadero Center, 8th Floor
 3  San Francisco, California 94111
    Telephone: (415) 576-0200
 4  Facsimile: (415) 576-0300
    Email: gsgilchrist@townsend.com, glcincone@townsend.com
 5
    Attorneys for Plaintiff
 6  LEVI STRAUSS & CO.
 7
 8                         UNITED STATES DISTRICT COURT
 9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  LEVI STRAUSS & CO.,                      Case No. C 07-0388 JL
12              Plaintiff,
                                             STIPULATION TO FINAL
13       v.                                  JUDGMENT AND PERMANENT
                                             INJUNCTION
14  KOMAN SPORTWEAR MANUFACTURING
    CORPORATION, et al.
15
                Defendants.
16
17
         Plaintiff Levi Strauss & Co. and Defendant Koman Sportwear Manufacturing Corporation
18
    hereby stipulate to the facts and conclusions contained in the attached Final Judgment and Permanent
19
    Injunction and consent to its entry by the court.
20
21  IT IS SO STIPULATED AND CONSENTED.
22  Dated: May 31, 2007          /s/ Gregory S. Gilchrist
                                 Gregory S. Gilchrist
23                               Townsend and Townsend and Crew LLP
                                 ATTORNEYS FOR PLAINTIFF
24                               LEVI STRAUSS & CO.
25
    Dated: May 31, 2007          /s/ Walter A. Lesnevich
26                               Walter A. Lesnevich
                                 Lesnevich & Marzano-Lesnevich
27                               ATTORNEYS FOR DEFENDANT
                                 KOMAN SPORTWEAR MANUFACTURING CORP.
28
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KOMAN SPORTWEAR MANUFACTURING CORPORATION, *et al.*<br><br>　　　　　Defendants. | Case No. C 07-0388 JL<br><br>**FINAL JUDGMENT UPON CONSENT AND PERMANENT INJUNCTION AGAINST DEFENDANT KOMAN SPORTWEAR MANUFACTURING CORPORATION** |

　　Plaintiff Levi Strauss & Co. ("LS&CO.") has filed a Complaint alleging trademark infringement, dilution, and unfair competition under federal and California law against defendant Koman Sportwear Manufacturing Corporation ("Koman"). LS&CO. alleges that Koman has manufactured, promoted, and sold clothing, including denim jeans, that violates LS&CO.'s rights in its registered Arcuate Stitching Design Trademark (the "Arcuate trademark").

　　The Court now enters final judgment based upon the following undisputed facts. Each party has waived the right to appeal from this final judgment and each party will bear its own fees and costs in connection with this action.

I.　　**STIPULATED FACTS AND CONCLUSIONS**

　　A.　　This Court has subject matter jurisdiction over this lawsuit and personal jurisdiction over Koman. Venue is proper in this Court.

B. LS&CO. owns the Arcuate trademark, which is a valid and famous trademark of LS&CO. and which is registered as follows for use on a variety of casual apparel:

    a. U.S. Registration No. 1,139,254 (first used as early as 1873; registered September 2, 1980);

    b. U.S. Registration No. 404,248 (first used as early as 1873; registered November 16, 1943);

    c. U.S. Registration No. 2,791,156 (first used as early as September 1, 1936; registered December 9, 2003);

    d. U.S. Registration No. 2,794,649 (first used as early as 1873; registered December 16, 2003);

    e. California Registration No. 088399 (first used as early as 1873; registered August 24, 1988).

C. Koman has manufactured, distributed, and sold jeans under the brand name KOMAN that display the pocket design illustrated in Exhibit A (the "Koman design"). The Koman design is confusingly similar to LS&CO.'s Arcuate trademark and has been used on directly competing products.

## II. ORDER

It is hereby ordered and adjudged as follows:

1. Commencing as of the "So Ordered" date of this Final Judgment and Permanent Injunction, Koman, its principals, agents, affiliates, employees, officers, directors, servants, privies, successors, and assigns, and all persons acting in concert or participating with it or under its control who receive actual notice of this Order, are hereby permanently enjoined and restrained, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following:

    a. Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any products that display any stitching or other design in the shape illustrated in Exhibit A, or any other stitching or design that is substantially similar to the Koman design or the Arcuate trademark;

    b. Manufacturing, licensing, selling, offering for sale, distributing, importing,

exporting, advertising, promoting, or displaying any products that display any stitching or other design that may reasonably be believed to be as similar or more similar to the Arcuate trademark than the Koman design;

   c. Violating the rights of Levi Strauss & Co. in and to its Arcuate trademark; and

   d. Assisting, aiding or abetting any person or entity engaging in or performing any act prohibited by this paragraph.

  2. In the event that Koman violates the terms of this Judgment by making, selling or offering for sale garments displaying the pocket design illustrated in Exhibit A, it shall pay to LS&CO. liquidated damages of (a) 20% of the sales revenue received by Koman at any time on account of such garments, or (b) $10,000, whichever is greater, and judgment shall be entered against Koman for that amount. Koman specifically acknowledges that this is a reasonable estimate of the damages to which LS&CO. would be entitled by virtue of Koman's sales of such garments and the costs LS&CO. has incurred in enforcing its rights. Such liquidated damages shall be in addition to any further damages award or equitable relief to which LS&CO. may be entitled with respect to future sales by Koman that violate LS&CO.'s trademark rights, but any payments made by Koman pursuant to this paragraph shall be deemed a credit against any potential award of damages under this paragraph. If LS&CO. commences an action for enforcement of this liquidated damages provision, the prevailing party shall be awarded reasonable attorneys' fees and costs from the other party.

  3. This Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Judgment, the enforcement thereof, and/or the punishment for any violations thereof. In the event of any violation of this Permanent Injunction, Koman shall be responsible to pay LS&CO., at a minimum, all of LS&CO.'s fees and costs associated with this action as well as any enforcement or contempt proceedings. For the purpose of

///
///
///
///
///

1 | any future proceeding to enforce the terms of this Judgment, service by mail upon a party or their
2 | counsel of record at their last known address shall be deemed adequate notice for each party.
3 |
4 | IT IS SO ORDERED AND ADJUDGED.
5 |
6 | DATED: ___June 1, 2007___
7 | Hon. Ja[...]
   | United [...]
8 | 61025780 v1

*IT IS SO ORDERED*
*Judge James Larson*





Exhibit A